## Commonwealth v. Pressel, Appellant.

Submitted March 10, 1975, *David W. Stitely,* Public Defender, for appellant; *Alan M. Cashman,* Assistant District Attorney, and

784

*Donald L. Reihart,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.